CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
January 06, 2026
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID LEE COX, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:25-cv-00224 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| DILLWYN CORRECTIONAL | ) | By:   Hon. Thomas T. Cullen |
| CENTER, *et al.*, | ) |        United States District Judge |
| | ) | |
| Defendants. | ) | |

Plaintiff David Lee Cox, proceeding *pro se*, filed this civil-rights action under 42 U.S.C. § 1983 against the Dillwyn Correctional Center and the Transportation Staff at the Dillwyn Correctional Center. (*See* ECF No. 1.) By Order entered on April 2, 2025, the court advised Plaintiff that he must notify the Court in writing immediately upon his transfer or release and provide the court with his new address. (ECF No. 3, at 3.) The court cautioned Plaintiff that the failure to notify the court of such a change of address would result in dismissal of this action. (*Id.*)

On September 22, 2025, upon learning that Plaintiff was no longer incarcerated, the court informed Plaintiff that he was no longer subject to the fee-payment provisions of the Prisoner Litigation Reform Act and ordered Plaintiff to pay the full filing fee within 30 days. (ECF No. 22.) The court cautioned Plaintiff that "[f]ailure to pay the fee in full or otherwise respond to this Order within the time allowed and to maintain an address of record shall result in the immediate dismissal of this action without prejudice." (*Id.* at 1.) On October 2, 2025, at

Plaintiff's request, the court entered an Order directing the Clerk to resend its September 22, 2025 Order to Plaintiff at an updated address.

On October 16 and October 21, 2025, both the Orders mailed to Plaintiff at his updated address were returned to the court as undeliverable. (*See* ECF Nos. 28, 29.) Since then, Plaintiff has not notified the court of any additional changes to his address. Also, Plaintiff has still not paid the filing fee. As it stands, Plaintiff has not filed anything in this action or otherwise interacted with the court concerning this matter in over three months. Based on Plaintiff's failure to comply with the court's orders, to pay the filing fee, or to prosecute this case, the court will dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and 28 U.S.C. § 1914.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to Plaintiff at his last known address.

**ENTERED** this 6th day of January, 2026.

>   */s/ Thomas T. Cullen*
>   HON. THOMAS T. CULLEN
>   UNITED STATES DISTRICT JUDGE